# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153300

DEMAREO JAMINE ALLEN,

      Plaintiff-Appellant,

v

                                    SC: 153300
                                    COA: 330153

KINROSS CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 28, 2016, the Clerk of the Court is hereby directed to close this file.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2016



jam

                                  Clerk